

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2015

No. 04-15-00469-CV

**CASH BIZ, LP**, Redwood Financial, LLC, Cash Zone, LLC dba Cash Biz,
Appellants

v.

Hiawatha **HENRY**, Addie Harris, Montray Norris, and Roosevelt Coleman Jr., et al.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01545
Honorable Laura Salinas, Judge Presiding

# O R D E R

In this accelerated appeal, Appellees' brief is due on September 23, 2015. On September 17, 2015, Appellees filed an agreed first motion for a ten-day extension of time to file Appellees' brief until October 5, 2015.

Appellees' motion is GRANTED. *See* TEX. R. APP. P. 38.6(d). Appellees' brief must be filed with this court by October 5, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court